Thank you to all of you on the Mutual Support Committee for these funds that we are receiving in advance. Since the curation is sanctioned, I will be volunteering to try to reserve some more funds for this period of time. We offer a specific fund personally to the owner of the client, who is usually the passenger at the interior seat of a car that we are in at the intersection. Once you have solved this fund, you can have it submitted across your car, or you can get it started, so it's back on at 611 Fort Lauderdale. As a result of that, there are two standard procedures for a body. One is a back-to-back resulter. If there is a head that doesn't correspond to the brain, then that is called shoulder surgery. And then also, you have a surveyed and pre-existing condition, which means pre-existing body surgery, amongst other injuries. Don't insert your legs in the line. Because in the existing, in the image, it says that it's in the chart. And in the chart, it is for a body that's a part of the insurance company. So here are the entire policy limits of $100,000. First of all, those of you who own an insurance policy, here are the policy limits of $100,000. So let's start breaching for a minute. So this is $210,000. As you can see, she did it from the front of the station, from the respondent, which is her insurance, Mississippi Farm. She did it from the front of the farm, Mississippi Farm, and a lawsuit was instituted against State Farm, on a breach of contract, a breach of contract, a breach of contract, a breach of contract,  a breach of contract, a breach of contract, and she was fined $23,000. Here's the evidence that shows an actual expense for her loss. Her insurance loss was around $22,000, so about $4500. And I'm not even half way through. $4500 was the total amount of insurance, and she was going to be on her first fund, and it's been evidenced in the interrogatories. And there was just a one-off, so really the money was in the treating decisions. Here's our scheme of $100,000 with the damages, that's not the fund I'm going into. This is not a fund that you're under, but it's not as wealthy as you think. It's not as wealthy as that. And I'm not even going to switch gears. You're claiming an expense. You're claiming an expense. You're claiming a subprime as well. So that's what we're here for, is to gain a subprime that's the best of both worlds. Any questions? Okay, great. This is an interesting case, and I'm just wondering a little bit about how the surgery came up in the first place. Yeah, that's a great question. No, it's not really. I think it's sort of due to the fact that I'm not in the same position currently as the investigations are doing right now, and I'm talking about it on the basis of intellectual proportion. I mean, we're doing our job, so we're doing our part in treating people. I'm not in your laboratory, and I'm not interested in the treatment that you have in opposition. And I think what you're saying is that we're 17% in opposition, and we did have a request for the patient. And I think it's not an interest for you to be concerned about that. I mean, it's actually, and I agree with you, since it's just a patient's question, but there are obviously a number of options that are there, and there are plenty of other choices, so there are hundreds, and there are plenty of other choices, so I think it's just a matter of, you know, as you're saying, there's a number of options that Congress has to find, and it's just, and it's just, a lot of times, it's very difficult to get a record or a sheet of paper, so I think there are, but Congress needs to make its request on their business order. I think that's a simple question. I think that's a good point, and it's actually a good answer. The request for argument is that it's one of the technologies that they do now, and it's one of the technologies that we've never done before. There was testimony in a bunch of places where there were problems with the General Surgeons of the States in terms of being able to make reading decisions, and at this point, so I'm not going to give you reading tickets, but I'm going to give you some things that I'm sure you're going to be interested in. And it's just, it's a huge issue in the long-term, in the future. Those who are involved in future surgery and going to hospitals, I don't think Congress should do this, but I think that's its response to the decision question that I was giving you. You know, we didn't put down the exact order at the time, because it's a huge problem and it's a huge, huge, huge, huge, huge, huge,  in the long term. And this is one type of constatative emphasis, so the constative emphasis in the session is in the province of Missouri in terms of jurisdiction for a, a district church or a church to override what the jury is, is after the process of actual decision in the judiciary area. And this, and the section is used as a consequence that the jury's authority is already in power. You can imagine that the court is having opportunity to look at, observe, and see the demeanor of the witness in the way that this judge is doing. Because patient suffering is not something you create an objective in a test. The only proof I have that patient suffering is what the person tells you, which as a person  and doesn't sound like they're hurting. Okay. It's there. Injury. Which are what's happening. What's that sir? Poor back injuries. Her back injury. Interest injury. Hunter injury. Where she had a inspiratory?  That's she moved on. When you remember 2000 with three kill你想 got physique where MSWO myself. Yeah. Certainly. It was a lot of African America. And. That's an. Thing, that's. Probably a certain because of the amount of time that he got to go, and for 46 years, and she was still suffering from this, she was still going to these events, and she was amazed at the amount of effort that was offered down to move her position, but I'm trying to make it clear that you can't quantify everything that a person's agency and an opposition is supposed to pursue each other, and that's why I think that this report has to be a standard, and that's why I'm trying to kind of make that clear because it helps to understand what a person's plan is. This is an investigative report. Again, this is because his role to the president and the mayor of Pasco County was very, very important. So, the report establishes that by every varsity agency or grantee in Pasco on the grounds that the burden is excessive, this is literally inappropriate to indicate action that is for the varsity that is in the jury. The instance of incident suffering are fully subjective and can possibly be denied that because of the very nature and determination of the monetary co-destination of a jury that is in the province of the jury. We may not indicate the province of Pasco here, but I'm not sure of the substance of any form of this jury judgment. This is specifically something that's being dealt with in New York City, and that's also a case where it's set at an in-county jury tribunal. And there's no better place to determine that as a jury tribunal than in the state of New York, where you receive what you lost and it was the incentive to remain in control. That's not true. I would reverse it because, again, with all due respect to the district court judge, he's been in the province of the jury, and he made a determination that's not going to get him in trouble as long as the jury's supposed to have a jury's file on him. And that's important to watching and hearing evidence, and to simply guess that it's not going to get him in trouble at all. Mr. Gattuso. This sole purpose of the Federal Appeal Code there is clearly to get a family of 7, a friend of yours, and your family here in Pasco, to know that you will be discriminated against by the federal judiciary. So, there is clear indication that resolution has committed disciplinary judgement. And standard of communiques frequently employ evidence, which is damaged by your families. CERT Ordinator has failed his parties, and so its essential that emanate from me at least a lot of failed ways of supporting. In the case of police brutality, he has just admitted to not being in a decent position. There were representations of him in the Supreme Court. Now, if he doesn't know in court, it would look like the representation is on the outside of the courtroom. It was disciplinary responses. They also told me that he was reduced to being a police officer. CERT Ordinator, reduced to being a police officer. I would suggest to you that he do not exist. CERT Ordinator, he is disqualified from being a police officer. And he agreed to have a response to the representation to a court of appeals. CERT Ray, you're first, and then parties. There's, there are a lot of cases, cases of slanders, but there ought to be this early poison, which is curbing your lesson and accepting himself to Pell's or any other kind of slander that you may have heard. And your point is that the records you're complaining about are slanderous, and you ought to be able to move forward on some of these issues. Again, I appreciate you agreeing with everything that the court and the counsel just gave us. It's just a case of this is a jury question. And I don't think it's the right thing to do. I think it's fine. It's fine. It's fine. I'm going to send it to Judge Stuckey, and I'm going to send it to the judge, and I'll see if there are some strong, strong points that are related to this particular explanation. Okay. Thank you. And we'll send it to the association, Judge Stuckey. Thank you. Thank you. Thank you.  Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. Okay. Thank you. We'll send this to the association. I'm going to send it to the judge,    Thank you. Thank you.  Thank you. Thank you. Do I have any questions for Judge Stuckey? Judge Stuckey, do you have any questions for Judge Stuckey?  Judge Stuckey? I'm sorry. I don't have any questions for you, Judge. Judge Stuckey? I don't have any questions for you. Judge Stuckey, this is Judge Stuckey. I have a question for you, Judge. I have a question for you, Judge Stuckey. I have a question for you, Judge.
judges: Farris, O'scannlain, Christen